**No. 45939.**—Protests 9872–K, etc., of Marr Duplicator Co. (New York).

Opinion by KINCHELOE, J. It appeared that the paper in question is similar to that the subject of *Marr Duplicator Co.* v. *United States* (4 Cust. Ct. 154, C. D. 311). The claim as surface-coated paper at 5 cents per pound and 15 percent ad valorem under paragraph 1405 was therefore sustained.